# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv486

| | |
|---|---|
| BIG LOTS STORES, INC. and PRODUCT DESIGN CANOPY, LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  **O R D E R**<br>) |
| PAMELA J. GLADDING, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the motion of Jeffrey C. Watson, counsel for the Defendant, for the admission of Eric D. Beal *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Eric D. Beal is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: March 3, 2008

Martin Reidinger
United States District Judge