# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv486

| | |
|---|---|
| BIG LOTS STORES, INC. and PRODUCT DESIGN CANOPY, LTD., ) ) ) Plaintiffs, ) ) vs. ) ) PAMELA J. GLADDING, ) ) Defendant. ) ) ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the motion [Doc. 24] of Jeffrey C. Watson, counsel for the Defendant, for the admission of James C. Duda *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion [Doc. 24] is **ALLOWED**, and James C. Duda is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: April 8, 2008

Martin Reidinger
United States District Judge