IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv486

| | |
|---|---|
| BIG LOTS STORES, INC. and PRODUCT DESIGN CANOPY, LTD., ) ) ) Plaintiffs, ) ) vs. ) ) PAMELA J. GLADDING, ) ) Defendant. ) ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement, filed July 29, 2008. [Doc. 28].

Based on the parties' representation that this matter has been settled, the Court will require the parties to file a stipulation of dismissal within thirty days of the entry of this Order.

**IT IS, THEREFORE, ORDERED** that the parties shall file their stipulation of dismissal in this matter on or before **September 5, 2008**.

Signed: August 21, 2008

Martin Reidinger
United States District Judge